DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE GUADALUPE MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00254 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND ORDER THEREON |
| v. ) | |
| ) | Date:  August 23, 2010 |
| JOSE GUADALUPE MEZA, ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Guadalupe Meza, that the date for status conference in this matter may be continued to August 23, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is August 9, 2010.  The requested new date is August 23, 2010.**

This continuance is requested because defense counsel will be out of the office on August 9, 2010, and also because the parties need to discuss a possible venue issue in the case.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for continuity of counsel, and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests

of the public and the defendant in a speedy trial.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: August 4, 2010           By /s/ Ian Garriques
                                                IAN GARRIQUES
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: August 4, 2010           By /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JOSE GUADALUPE MEZA

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   August 5, 2010

                                             CHIEF UNITED STATES DISTRICT JUDGE