DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE GUADALUPE MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00254 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:  September 20, 2010 |
| JOSE GUADALUPE MEZA, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Guadalupe Meza, that the date for status conference in this matter may be continued to September, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is August 23, 2010.  The requested new date is September 20, 2010.**

This continuance is requested to allow for continuity of counsel, and also to allow for additional defense investigation of the prior criminal history of Mr. Meza.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for continuity of counsel, and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests

of the public and the defendant in a speedy trial.

                                  BENJAMIN B. WAGNER
                                  United States Attorney

DATED: August 26, 2010       By /s/ Ian Garriques
                                  IAN GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: August 26, 2010       By /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE GUADALUPE MEZA

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   August 27, 2010

CHIEF UNITED STATES DISTRICT JUDGE